UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAMELA HOSKINS-HARRIS, ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TYCO/MALLINCKRODT, ) <br> HEALTHCARE, et al., ) <br> ) <br>    Defendants. ) | Case No. 4:06-CV-321 (JCH) |

## MEMORANDUM AND ORDER

The matter is before the Court on its review of the record. Plaintiff initially filed this action on February 24, 2006. (Doc. No. 1). On October 12, 2006, the Court granted Plaintiff more time to obtain service of process and leave to file an Amended Complaint. The record shows that neither Defendant Tyco/Mallinckrodt nor Defendant Local 1887 United Auto Workers have been served with process, in violation of Fed. R. Civ. P. 4(m).

Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 4(m), Plaintiff shall show cause in writing by **Monday, March 26, 2007** why this action should not be dismissed without prejudice for lack of timely service.

Dated this 8th day of March, 2007.

                                                  /s/ Jean C. Hamilton
                                                UNITED STATES DISTRICT JUDGE